# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5122 5122 8183 2632 00 more fully described in Attachment A, attached hereto. | )<br>)  Case No.  18-sw-5670-MEH<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the ___State and___ District of ___Colorado___, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 843 (b) | Unlawful Use of a Communication Facility |

The application is based on these facts:

**X** Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Rachel Sileski*

Rachel Sileski, United States Postal Inspector
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **06 Jul 2018**

*Judge's signature*

City and state:  Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF LOCATION TO BE SEARCHED**

A U.S. Postal Service (USPS) Priority Mail parcel bearing the tracking number **9505 5122 5122 8183 2632 00** in the custody of the U.S. Postal Inspection Service, located at 1745 Stout Street, Denver, Colorado 80299.  The Subject Parcel is more specifically described as follows:  One USPS Priority Mail parcel bearing USPS tracking number 9505 5122 5122 8183 2632 00, addressed to "Kurtis Dumond, 567 Pierson Dr., State College, PA 16803" with a return address of "Tanner Witherite, 6550 S Dayton St Apt# 204A, Centennial, CO 80111."  It is a white USPS Large Flat Rate cardboard box; measuring approximately 12" X 12" X 5 1/2"; weighing approximately 7 pounds and 5.4 ounces; mailed on July 2, 2018; from Greenwood Village, CO 80112; and bearing $18.90 in postage.

## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

Evidence of a violation of Title 21, U.S.C. § 841(a)(1), Title 21, U.S.C. § 843(b), fruits of the crime, and/or proceeds of drug trafficking, to include:

1. Heroin, Cocaine, Marijuana, and Methamphetamine, and any derivatives of those narcotics;

2. United States currency and other financial instruments;

3. Items of personal property inside the Priority Mail Express package which tend to identify the person(s) in possession, control or ownership of the parcel that is the subject of this warrant;

4. Any associated packaging.

Upon examination of the contents of the Subject Parcel, the executing U.S. Postal Inspector is authorized to document the contents of the parcel through means including, but not limited to, photographing and photocopying its contents. The U.S. Postal Inspector may then cause the Subject Parcel to be delivered to the intended recipient.

However, if the parcel contains controlled substances, then they will be removed and seized, along with any other items enumerated herein.