## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Rachel Sileski, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a United States Postal Inspector and have been so employed since January 2006.  I am currently assigned to the United States Postal Inspection Service (USPIS) Denver Division, specifically to the Prohibited Mailings Narcotics (PMN) team in Denver, Colorado, which is responsible for investigating narcotics violations involving the United States Mail. As a member of the PMN team, my responsibilities include the detection and prevention of the transportation of narcotics/controlled substances through the United States Mail, to include, conducting narcotics investigations and executing arrests of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony) and 846 (Conspiracy to Distribute a Controlled Substance).  Part of my training as a Postal Inspector includes narcotics trafficking investigative techniques related to the identification and detection of controlled substances being transported in the United States Mail.

2.      The information contained within this affidavit is based on my observations, training and experience, as well as information relayed to me by other law enforcement officers involved in this investigation.  Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause that evidence, fruits, and instrumentalities of violations of federal controlled substances laws, including Title 21, United States Code, Section 841(a)(1), as specified in ATTACHMENT B of this affidavit, are located at the location described in ATTACHMENT A of this affidavit.

3.      I know, based on my experience and the experience of other law enforcement officers with whom I have worked, that the United States Postal Service (USPS) is frequently used by drug traffickers to ship controlled substances and illegal drug proceeds.  Drug traffickers use the USPS because of its speed, reliability, and low cost; they also use it because they believe there is a minimal chance that the USPS will find illegal drugs sent through the mail.  Drug traffickers also prefer the USPS because the packages they send can be assigned a tracking number, which allows them to confirm the location of their package via a toll free number or the USPS's website.

4.      Based on my experience, training, and discussions with other law enforcement officers experienced in controlled substance investigations, USPS packages containing controlled substances or illegal drug proceeds often fit a common profile, which is derived from the methods used by shippers to balance their competing needs to ensure that their packages are reliably delivered, but also to ensure that the presence of controlled substances or illegal drug proceeds is not easily discovered by the authorities or third parties.  Some of the most common indicators that a package is being used in a controlled substances transaction are listed below.

     a.   It is a common practice for the shippers of the controlled substances and/or illegal drug proceeds to use Priority Mail Express and Priority Mail because the drugs or proceeds arrive faster and on a predictable date.  These mail services also allow shippers to keep track of their shipments.  With regard to Priority Mail Express parcels, shippers pay for the benefit of being able to confirm the delivery of the parcel by checking the USPS Internet Website and/or calling the toll free number for the guaranteed delivery date.

     b.   Packages with controlled substances or illegal drug proceeds typically contain a fictitious return address, no return address, the same return address as the one listed for the addressee, or a return address that does not correspond to the neighborhood from which the package was mailed.  These packages are also sometimes addressed to or from a

commercial mail receiving agency (i.e., UPS Store, Etc.).  Drug traffickers use these methods to hide from law enforcement the true identity of the person(s) shipping and/or receiving the controlled substances or illegal drug proceeds.

c.  Drug traffickers using the USPS to mail controlled substances or illegal drug proceeds will often make payment for the mailing with cash rather than a credit or debit card.  The use of cash allows the people involved in the transaction to remain anonymous and avoid detection by law enforcement.

d.  When a shipper mails controlled substances, the proceeds from the sale of these controlled substances may be returned to the shipper.  These illegal drug proceeds are commonly sent in the form of U.S. currency.  Based on my experience and discussions with other law enforcement agents, shipments containing controlled substances are sent from states where drugs are commonly produced – California, Colorado, Oregon, and Washington are four of the most popular – and U.S. currency is sent back to those drug-producing states from elsewhere.  In Colorado, for example, state law allows for the manufacture and distribution of marijuana and marijuana-infused products.  As a result, the inter-state shipment of marijuana from Colorado to other places, in violation of federal controlled substances laws, is a frequent occurrence.  In my experience, Pennsylvania is a common destination for these packages.

e.  In order to conceal from trained dogs the distinctive smell of controlled substances, or U.S. currency that has been exposed to controlled substances, packages containing these substances tend to be wrapped excessively in bubble-pack and wrapping plastic.  The seams of such packages are also often sealed with tape.  Furthermore, they are often packaged so that a smaller parcel containing controlled substances is sealed around the seams, wrapped, and placed inside a larger package.  Sometimes perfumes, coffee, dryer sheets, tobacco or other substances with their own distinct smell are used to mask the

odor of the controlled substance being shipped.  Recently, law enforcement has discovered a trend in which the controlled substances were put into plastic baggies that were either vacuum sealed or heat sealed.  Another popular recent trend is for the controlled substances to be placed into re-sealed aluminum cans.

5.      I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, and MDMA, as well as the proceeds from the sale of these controlled substances.

6.      I know from training and discussions with other law enforcement officers that these parcels sometimes contain information and documentation related to the sales and distribution of controlled substances.  The documentation can include, but is not limited to, information and instructions on the breakdown and distribution of the controlled substances at the destination, information on the use and effects of the various controlled substances, the quality of the controlled substances, information on the actual sender, and information and instructions for ordering future controlled substances.

7.      In this search warrant application, your affiant seeks this Court's authority to search the USPS Priority Mail parcel bearing tracking number 9505 5122 5122 8183 2632 00 (the "SUBJECT PARCEL") which is described in greater detail below and in ATTACHMENT A, for the following items, which are identified in ATTACHMENT B:

   a.  U.S. currency which represents evidence and fruits of a violation of 21 U.S.C. 841(a) and/or 21 U.S.C. 843(b).

   b.  Items of personal property inside the Priority Mail Express package which tend to identify the person(s) in possession, control or ownership of the parcel that is the subject of this warrant.

c. Heroin, Cocaine, Marijuana, and Methamphetamine, and any derivatives of those narcotics.

d. Any associated packaging.

8. I also seek the Court's permission for the United States Postal Inspector conducting the search to document the contents of the parcel through means including, but not limited to, photographing and photocopying the contents, and then re-package the SUBJECT PARCEL and cause it to be delivered to the intended recipient. However, if the SUBJECT PARCEL contains controlled substances, they will be removed and seized, along with any other items enumerated herein.

## RELEVANT FACTS PERTAINING TO THE INVESTIGATION

9. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the PMN team who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Colorado is a source location for controlled substances that are regularly mailed to Pennsylvania and the proceeds from the sales of controlled substances are frequently returned to Colorado, via USPS Priority Mail Express and Priority Mail. Based on this information, investigators routinely conduct postal database checks for outbound parcels addressed to Pennsylvania, in addition to, inbound parcels addressed to Colorado that exhibit some of the characteristics detailed above of parcels suspected of containing controlled substances and/or proceeds from the sale of controlled substances.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

10. On July 3, 2018, as part of an ongoing narcotics investigation, I became aware of the Priority Mail parcel bearing tracking number 9505 5122 5122 8183 2632 00 (the "SUBJECT PARCEL") and that it was addressed to be delivered to 567 Pierson Dr., State College, Pennsylvania 16803. This address is one of the addresses associated with the ongoing narcotics

investigation.  The SUBJECT PARCEL was mailed from the Greenwood Village Branch (post office) located at 6855 S. Dayton St. in Greenwood Village, Colorado 80112.   I was in contact with the State College Main Office (post office) located in State College, Pennsylvania and requested that the SUBJECT PARCEL be routed to the USPIS Denver Division office located in Denver, Colorado for further review.  The State College Main Office is responsible for delivering mail to the State College, Pennsylvania 16803 address.

11.     On July 6, 2018, upon the arrival of the SUBJECT PARCEL, I observed the SUBJECT PARCEL was addressed to "Kurtis Dumond, 567 Pierson Dr., State College, PA 16803" with a return address of "Tanner Witherite, 6550 S Dayton St Apt# 204A, Centennial, CO 80111."  The SUBJECT PARCEL It is a white USPS Large Flat Rate cardboard box; measuring approximately 12" X 12" X 5 1/2"; weighing approximately 7 pounds and 5.4 ounces; mailed on July 2, 2018; from Greenwood Village, CO 80112; and bearing $18.90 in postage.  I observed characteristics that my training and experience have shown are characteristics of parcels containing controlled substances or proceeds from controlled substances including the following:

   a.   A check of local and national proprietary and public records databases indicated that Kurtis Dumond did associate with the 567 Pierson Dr. address in State College, Pennsylvania 16803.

   b.   A check of local and national proprietary and public records databases indicated that "Tanner Witherite" did not associate with the 6550 S. Dayton St., Apt. 204A address in Centennial, Colorado 80111.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

12.     On July 6, 2018, I presented the SUBJECT PARCEL to the Denver Police Department for external examination by drug detection K9 "Axel."  This examination was conducted at the USPIS Denver Division Headquarters in Denver, Colorado.  At approximately 12:08P.M., Detective/Canine Handler T. Tobin advised that K9 Axel, during external examination of the

SUBJECT PARCEL, exhibited a change in behavior which is described as an "alert" consistent with the presence of the odor of a narcotic/controlled substance that K9 Axel is trained to recognize.

## QUALIFICATIONS OF DETECTIVE/CANINE HANDLER TOBIN

13.     Detective Tobin has been employed by the City and County of Denver as a Police Officer since October 2007 working as a Narcotics Detective since May of 2012. In January of 2016, Detective Tobin was assigned to the Denver Police Department's Vice/Narcotics Bureau as a Narcotics K9 Handler with the Narcotics Interdiction Team. Detective Tobin completed the Denver Police Departments Narcotic K9 Handler Training Course and approved as a K9 Handler by Detective Don Brannan.  Detective Tobin has been assigned Narcotic Detection K9 Axel since January of 2016.  K9 Axel is a Belgian Malinois dog trained to detect the odors of Heroin, Cocaine, Marijuana, and Methamphetamine. K9 Axel has been assigned to the Denver Police Departments Vice/Narcotics Bureau since October of 2015. From October 2015 through the present date K9 Axel has received over 150 hours of narcotic odor detection training. On July 22, 2017 Detective Tobin and K9 Axel received certification from the National Canine Audit Tracking System as a Narcotic Odor Detection K9/Handler Team.  Detective Tobin was certified as a K9 Handler through the Utah POST on August 9, 2017.

## CONCLUSION

14.     I respectfully request that this affidavit, which describes an ongoing covert investigation, and any resulting search warrant be **RESTRICTED** until further order of the Court in order to avoid premature disclosure of the investigation, guard against the flight of fugitives, and better ensure the safety of agents and others, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office, and may be served on Postal Inspectors and other investigative and law enforcement officers of the United States Postal Inspection Service, federally deputized state and local law enforcement officers, and other

government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.

WHEREFORE, based upon the foregoing, there is probable cause to believe that the items listed above, and identified in ATTACHMENT B, are present in the above-referenced SUBJECT PARCEL, identified in ATTACHMENT A.

Respectfully submitted this 6th day of July 2018.

s/Rachel Sileski
United States Postal Inspector

Submitted, attested to, and acknowledged by reliable electronic means on July 6, 2018.

MICHAEL E. HEGARTY
United States Magistrate Judge
District of Colorado

**Application for search warrant was reviewed and is submitted by Martha A. Paluch, Assistant United States Attorney.**