## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

IN THE MATTER OF THE SEARCH OF

A U.S. Postal Service Priority Mail parcel
bearing tracking number 9505 5122 5122
8183 2632 00

Case No. 18-sw-5670-MEH

**Filed Under Restriction**

---

## ORDER TO RESTRICT CASE

Upon the motion of the United States of America, and for good cause shown, it is
ORDERED as follows:

1)  Restriction of the case and documents to Level 3 is appropriate for good cause shown
    under D.C.Colo.LCrR 47.1 such that the case, including the Search Warrant, Application
    and Affidavit in the above-captioned matter, as well as the Government's Motion to
    restrict and this Order, are restricted at Level 3 until further order of the Court.


DATED this ___6th___ day of _____July_____, 2018.


BY THE COURT:

*Michael E. Hegarty*
_____
MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO