AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 18-sw-05670-MEH | Date and time warrant executed: 07/09/2018 ~1:50P.M. | Copy of warrant and inventory left with: USPS Colorado/Wyoming District Office |

Inventory made in the presence of: U.S. Postal Inspector B. Evans

Inventory of the property taken and name of any person(s) seized:
Priority Mail parcel 9505 5122 5122 8183 2632 00;
Four (4) clear bags containing green leafy substance; bag #4 field tested presumptive positive for marijuana.
Total gross weight: 523.6 grams; and
Miscellaneous packaging.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:24 am, Jul 24, 2018
JEFFREY P. COLWELL, CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/20/2018

*Executing officer's signature*

Rachel Sileski, U.S. Postal Inspector

*Printed name and title*