IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 18-sw-05670-MEH

IN THE MATTER OF THE SEARCH OF:

U.S. POSTAL SERVICE PRIORITY MAIL
PARCEL BEARING TRACKING NUMBER
9505 5122 5122 8183 2632 00

## MOTION TO UNRESTRICT CASE

The United States, by and through United States Attorney Robert C. Troyer and the undersigned Assistant United States Attorney hereby respectfully requests the Court unrestrict the Search and Seizure Warrant, the Application and Affidavit for Search Warrant, the Government's Motion to Restrict, and the Order to Restrict in this case.

The warrant has been executed and, accordingly, there is no longer a necessity for the documents to remain restricted.

Respectfully submitted this 24th day of July, 2018.

ROBERT C. TROYER
United States Attorney

By:   s/Martha A. Paluch
Martha A. Paluch
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO  80202
Telephone:  (303) 454-0100
Fax: (303) 454-0402
e-mail: martha.paluch@usdoj.gov