IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 18-sw-05670-MEH

IN THE MATTER OF THE SEARCH OF:

U.S. POSTAL SERVICE PRIORITY MAIL
PARCEL BEARING TRACKING NUMBER
9505 5122 5122 8183 2632 00

---

**ORDER TO UNRESTRICT CASE**

---

The Court has for consideration the Government's Motion to Unrestrict Case wherein the Government asks this Court to unrestrict the case. Upon consideration,

IT IS ORDERED that the above-referenced case be unrestricted.

IT IS SO ORDERED on this _____ day of July, 2018.

BY THE COURT:

_____
MAGISTRATE JUDGE MICHAEL E. HEGARTY
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO