IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 18-sw-05670-MEH

IN THE MATTER OF THE SEARCH OF:

U.S. POSTAL SERVICE PRIORITY MAIL
PARCEL BEARING TRACKING NUMBER
9505 5122 5122 8183 2632 00

### ORDER TO UNRESTRICT CASE

The Court has for consideration the Government's Motion to Unrestrict Case wherein the Government asks this Court to unrestrict the case. Upon consideration,

IT IS ORDERED that the above-referenced case be unrestricted.

IT IS SO ORDERED on this 27th day of July, 2018.

BY THE COURT:

_____
MAGISTRATE JUDGE MICHAEL E. HEGARTY
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO